UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNADETTE DORZIN,

                Plaintiff,

-against-

SAMUEL MURIEL,

                Defendant.

23-CV-1255 (JGLC) (JLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF Nos. 11 and 12. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

    It is hereby ORDERED that no later than **September 22, 2023**, the parties shall file on ECF a joint letter pursuant to the Court's Individual Rule 3(d), updating the Court on the status of the case.

Dated: August 11, 2023
       New York, New York

                              SO ORDERED.

                              */s/ Jessica Clarke*
                              JESSICA G. L. CLARKE
                              United States District Judge